

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PATRICIA ANN LARA, | § | No. 08-23-00126-CR |
| Appellant, | § | Appeal from the |
| v. | § | 454th Judicial District Court |
| THE STATE OF TEXAS, | § | of Medina County, Texas |
| Appellee. | § | (TC# 22-01-14286-CR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF NOVEMBER 2023.

SANDEE B. MARION, Chief Justice (Ret.)

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)